UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| David Lee Dye, | ) | C/A No. 0:12-2624-JFA-PJG |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| | ) | |
| Town of Great Falls, Sanitation Department, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The *pro se* plaintiff, David Lee Dye, brings this action against the defendant alleging employment discrimination. The defendant has moved for summary judgment. Despite two orders advising the plaintiff of his right to respond to the motion, the plaintiff has failed to do so.

The Magistrate Judge assigned to this action[1] has prepared a Report and Recommendation and opines that the complaint should be dismissed in accordance with Rule 41(b) of the Federal Rules of Civil Procedure. The Report sets forth in detail the relevant facts and standards of law on this matter, and the court incorporates such without a recitation and without a hearing.

The plaintiff was also advised of his right to file objections to the Report and Recommendation, which was entered on the docket on June 24, 2013. However, the plaintiff

---

[1] The Magistrate Judge's review is made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02. The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the court. *Mathews v. Weber*, 423 U.S. 261 (1976). The court is charged with making a *de novo* determination of those portions of the Report and Recommendation to which specific objection is made, and the court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge, or recommit the matter to the Magistrate Judge with instructions. *See* 28 U.S.C. § 636(b)(1).

did not file any objections to the Report within the time limits prescribed.

In the absence of specific objections to the Report of the Magistrate Judge, this court is not required to give any explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983).

After a careful review of the record, the applicable law, and the Report and Recommendation, the court finds the Magistrate Judge's recommendation proper and incorporated herein by reference. Accordingly, this action is dismissed with prejudice under Rule 41(b) for failure to prosecute.

IT IS SO ORDERED.

Joseph F. Anderson, Jr.
United States District Judge

July 17, 2013
Columbia, South Carolina